UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO DOMINGUEZ CARBALLO,

                        Petitioner,

     v.

THOMAS DECKER, in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; WILLIAM P. BARR, in his official capacity as Attorney General, U.S. Department of Justice; and RONALD P. EDWARDS, in his official capacity as Director, Hudson County Correctional Facility,

                        Respondents.

**ORDER**

20 Civ. 2888 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Respondents are hereby ORDERED to respond to the petition by **April 14, 2020.**

Dated: New York, New York
       April 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge