UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORENZO DOMINGUEZ CARBALLO, | |
| Petitioner, | **ORDER** |
| v. | 20 Civ. 2888 (PGG) |
| THOMAS DECKER, in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security; WILLIAM P. BARR, in his official capacity as Attorney General, U.S. Department of Justice; and RONALD P. EDWARDS, in his official capacity as Director, Hudson County Correctional Facility, | |
| Respondents. | |

PAUL G. GARDEPHE, U.S.D.J.:

    This habeas action was filed on April 7, 2020, challenging Petitioner's immigration detention pursuant to 28 U.S.C. § 2241. (Pet. (Dkt. No. 1)) In an April 9, 2020 submission, Respondents request "prompt transfer of this case to the District of New Jersey" – where Petitioner is detained – and that "the order of transfer specifically indicate that the seven-day waiting period set forth in Local Rule 83.1 be waived so that the case may be transferred to the proper court without delay." (Apr. 9, 2020 Govt. Ltr. (Dkt. No. 7) at 4) In an April 9, 2020 letter, Petitioner consents to the proposed transfer to the District of New Jersey and a waiver of the seven-day waiting period set forth in Local Rule 83.1. (Apr. 9, 2020 Pet. Ltr. (Dkt. No. 9)

    Accordingly, it is hereby ORDERED that this case is transferred forthwith to the United States District Court for the District of New Jersey. The seven-day waiting period set

forth in Local Rule 83.1 is waived. The Clerk of the Court is directed to terminate the motion (Dkt. No. 7) and to close this case.

Dated: New York, New York
April 10, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge